1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
3 | JOANNA B. HOOD, State Bar No. 264078
Deputy Attorney General
4 |  1300 I Street, Suite 125
 P.O. Box 944255
5 |  Sacramento, CA  94244-2550
 Telephone:  (916) 324-4785
6 |  Facsimile:  (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
7 | *Attorneys for Defendant J. Faggan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES JAMES**, <br><br>                                    Plaintiff, <br><br>       v. <br><br> **J. FAGGAN**, <br><br>                                    Defendant. | Case No. 2:11-cv-1527 GEB EFB P <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

/ / /

/ / /

/ / /

1

1  Plaintiff Charles James and Defendant J. Faggan have resolved this case in its entirety.
2  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of
3  Civil Procedure 41(a)(1)(A)(ii).
4  Each party shall bear its own litigation costs and attorney's fees.
5  It is so stipulated.

7  Dated:   11/21/13                           */s/ Charles James*
8                                              Charles Cornelius James
                                                *Plaintiff Pro Se*

10 Dated:   11/21/2013                         */s/ Joanna Hood*
11                                             Joanna B. Hood
                                               Deputy Attorney General
12                                             California Attorney General's Office
                                               *Attorney for Defendant J. Faggan*

15 In accordance with the parties' stipulation, this action is dismissed with prejudice.  The
16 Clerk of the Court shall close the file.
17 **IT IS SO ORDERED**.
18 Dated:  November 25, 2013

                                               _[signature]_
19                                             EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE

25 SA2012305459
26 31837209.doc

2