KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
JOANNA B. HOOD, State Bar No. 264078
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-4785
 Facsimile:  (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendant J. Faggan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES JAMES**, <br><br>　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br> **J. FAGGAN**, <br><br>　　　　　　　　　　Defendant. | Case No. 2:11-cv-1527 GEB EFB P <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

/ / /

/ / /

/ / /

1

1  Plaintiff Charles James and Defendant J. Faggan have resolved this case in its entirety.
2  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of
3  Civil Procedure 41(a)(1)(A)(ii).
4  Each party shall bear its own litigation costs and attorney's fees.
5  It is so stipulated.

7  Dated:    11/21/13              /s/ *Charles James*
8                                  Charles Cornelius James
                                   *Plaintiff Pro Se*

10 Dated:    11/21/2013            /s/ *Joanna Hood*
11                                 Joanna B. Hood
                                   Deputy Attorney General
12                                 California Attorney General's Office
                                   *Attorney for Defendant J. Faggan*
13

15  In accordance with the parties' stipulation, this action is dismissed with prejudice. The
16  Clerk of the Court shall close the file.
17  **IT IS SO ORDERED**.
18  Dated:  November 25, 2013
                                   _____
19                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

25  SA2012305459
26  31837209.doc

2